UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | CASE NO. 12-MD-02311<br>HON. MARIANNE O. BATTANI |
| In Re: HEATER CONTROL PANELS CASES | |
| THIS RELATES TO:<br>ALL DIRECT PURCHASER ACTIONS | 2:12-cv-00401-MOB-MKM<br>2:17-cv-11109-MOB-MKM |

### ORDER APPROVING PROPOSED PLAN FOR DISTRIBUTION OF SETTLEMENT FUNDS

AND NOW, this 8th day of November, 2018, upon consideration of Direct Purchaser Plaintiffs' Motion for Final Approval of Proposed Settlements with the Sumitomo, Alps and Tokai Rika Defendants and Proposed Plan for Distribution of Settlement Funds (the "HCP Settlement Fund"), and following a duly noticed hearing on November 8, 2018, it is hereby ORDERED as follows:

1.     The Court approves the Plan for Distribution of the HCP Settlement Fund set forth in the Notice of Proposed Settlements of Direct Purchaser Class Action with Sumitomo, Alps and Tokai Rika Defendants, and Hearing on Settlement Approval and Related Matters, and Claim Form (the "Notice") as a fair and reasonable method to calculate claims and to distribute the HCP Settlement Fund to Settlement Class members.

2.     The HCP Settlement Fund, with accrued interest, less any amounts approved by the Court for payment of attorneys' fees, litigation and administration costs and expenses, and incentive payments to the Class Representatives, will be distributed *pro rata* among the members

of the Sumitomo, Alps and Tokai Rika Settlement Classes who submit a timely and valid Claim Form.  If a Settlement Class member excludes itself form one or both of the settlements, it shall not receive a share of any settlement from which it opted out.

**IT IS SO ORDERED.**

Date:   December 6, 2018  s/Marianne O. Battani
MARIANNE O. BATTANI
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on December 6, 2018.

s/ Kay Doaks
Case Manager